IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Int'l Bhd. of Elec. Workers Union, et al., | NO. C 10-05778 JW |
| Plaintiffs,<br>v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| William C. Porges d.b.a. Accelerated Electric, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on March 28, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. (See Docket Item No. 12.) In the Statement, the parties failed to propose a schedule for the case pursuant to the requirements of Civ. L.R. 16-9(a) for Case Management Statements, which frustrates the Court's ability to properly manage the case.

Accordingly, the Court CONTINUES the Case Management Conference to **April 25, 2011 at 10 a.m.**[1] On or before **April 15, 2011**, the parties shall file a Joint Case Management Statement which includes, *inter alia*, a good faith proposed schedule as to how the case should proceed.

Dated: March 23, 2011

*James Ware*
JAMES WARE
United States District Chief Judge

---

[1] As a result, the Court DENIES Defendant's Motion to Appear by Telephone at the Case Management Conference as moot. (See Docket Item No. 13.)

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Chad Tighe Wishchuk cwishchuk@mgfllp.com
Eileen Marie Bissen ebissen@neyhartlaw.com
3 Richard K. Grosboll rgrosboll@neyhartlaw.com

**Dated:  March 23, 2011**                              **Richard W. Wieking, Clerk**

**By:       /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**