**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD,<br><br>      Plaintiff(s),<br>   v.<br><br>WILLIAM CHARLES PORGES,<br><br>      Defendant(s).<br>_____/ | NO. 5:10-cv-05778-EJD<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

This case is was transferred to this Court on April 25, 2011 (See Docket Item No. 18). Pursuant to the April 25 Reassignment Order of this Court, the parties conferred and duly submitted a Joint Case Management Statement (See Docket Item No. 19). Based on their joint submission, the Court finds a Case Management Conference would be beneficial. The Court sets a Case Management Conference on **September 16, 2011 at 10:00 AM.** On or before **September 9, 2011** the parties shall file an updated joint case management conference to update the Court on how the case should proceed.

**IT IS SO ORDERED.**

Dated: August 17, 2011

EDWARD J. DAVILA
United States District Judge

1
NO. C 10-05778 EJD
ORDER SETTING CASE MANAGEMENT CONFERENCE