1
2
3
4
5
6
7
8                                    UNITED STATES DISTRICT COURT
9                                   NORTHERN DISTRICT OF CALIFORNIA
10                                             SAN JOSE DIVISION
11
12   INTERNATIONAL BRotherHOOD OF       )    Case No.: 5:10- cv-5778 EJD
     ELECTRICAL WORKERS UNION, ET       )
13   AL.,                                )   **ORDER CONTINUING CASE**
                                         )   **MANAGEMENT CONFERENCE**
14                  Plaintiffs,         )
                                         )
15          v.                          )
                                         )
16   WILLIAM CHARLES PORGES, ET AL.,    )
                                         )
17                  Defendants.         )
     _____)
18
         This case is scheduled for a Case Management Conference on September 16, 2011. The
19
     Joint Case Management Statement submitted on September 9, 2011, however, failed to propose a
20
     schedule for the case pursuant to the requirements of Civ. L.R. 16-9(a), which frustrates the court's
21
     ability to properly manage this case. Additionally, the parties have not filed a Stipulation to ADR
22
     Process or a Notice of Need for ADR Phone Conference as required by Civ. L.R. 16-8(c), or an ADR
23
     Certification as required by Civ. L.R. 16-8(b). Accordingly,
24
         IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to
25
     September 23, 2011.
26
         IT IS FURTHER ORDERED that, no later than September 19, 2011, the parties shall file an
27
     updated Joint Case Management Statement, which includes a good faith proposed schedule as to
28
     how the case should proceed.

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  IT IS FURTHER ORDERED that, no later than September 19, 2011, the parties shall file an
2 ADR Certification and either a Stipulation to ADR Process or a Notice of Need for ADR Phone
3 Conference.
4 Dated: September 13, 2011

_____
EDWARD J. DAVILA
United States District Judge

ORDER CONTINUING CASE MANAGEMENT CONFERENCE