UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM CHARLES PORGES, ET AL., <br><br> Defendants. | Case No.: 5:10- cv-5778 EJD <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    This case is scheduled for a Case Management Conference on September 16, 2011. The Joint Case Management Statement submitted on September 9, 2011, however, failed to propose a schedule for the case pursuant to the requirements of Civ. L.R. 16-9(a), which frustrates the court's ability to properly manage this case. Additionally, the parties have not filed a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference as required by Civ. L.R. 16-8(c), or an ADR Certification as required by Civ. L.R. 16-8(b). Accordingly,

    IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to September 23, 2011.

    IT IS FURTHER ORDERED that, no later than September 19, 2011, the parties shall file an updated Joint Case Management Statement, which includes a good faith proposed schedule as to how the case should proceed.

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1    IT IS FURTHER ORDERED that, no later than September 19, 2011, the parties shall file an
2  ADR Certification and either a Stipulation to ADR Process or a Notice of Need for ADR Phone
3  Conference.
4  Dated: September 13, 2011

_____
EDWARD J. DAVILA
United States District Judge

ORDER CONTINUING CASE MANAGEMENT CONFERENCE