CHAD T. WISHCHUK, SBN 214779
E-mail: cwishchuk@mftb.com
LAURA B. MACNEEL, SBN 251540
E-mail: lmacneel@mftb.com
**MARKS, FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
8620 SPECTRUM CENTER BOULEVARD – SUITE 900
SAN DIEGO, CALIFORNIA 92123-1489
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendant William Charles Porges, dba Accelerated Electric

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; LOCAL 234 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and KENNETH SCHERPINSKI, as Trustee of Plaintiff Trusts and Business Manager of Local 234,<br><br>  Plaintiffs,<br><br>v.<br><br>WILLIAM CHARLES PORGES, an individual, dba ACCELERATED ELECTRIC,<br><br>  Defendant. | CASE NO: 5:10-cv-05778-EJD<br><br>DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>[Civil L.R. 16-10(a)]<br><br>Assigned to:<br>Hon. Edward J. Davila, Courtroom 1, 5th Floor<br><br>Date:    September 23, 2011<br>Time:   10:00 a.m.<br>Ctrm.:   1<br><br>Complaint Filed: December 20, 2010<br>Trial Date:          Not Set |

TO THE HONORABLE EDWARD J. DAVILA:

Pursuant to Local Civil Rule 16-10(a), and this Court's Scheduling Notes, § V, Defendant William Charles Porges, dba Accelerated Electric, moves this Court for permission to have their counsel, Marks, Finch, Thornton & Baird, LLP, participate in the September 23, 2011, case management conference by telephone. The grounds for this motion are as follows:

No complex or special issues are anticipated in this case. Plaintiffs claim $20,974.48 in unpaid trust fund contributions and Defendant denies the allegations. Defendant's attorneys are located in San Diego, California, and appearing at the conference telephonically is likely to save travel time and costs, which would be better spent working to attempt to resolve this matter.

The name, address and telephone number of each attorney representing a party is set forth in the attached certificate of service.

DATED: September 16, 2011         Respectfully submitted,

MARKS, FINCH, THORNTON & BAIRD, LLP


By: /s/ Chad T. Wishchuk
CHAD T. WISHCHUK
Attorneys for Defendant William Charles Porges, dba Accelerated Electric

280.020/3277728.DOCX.axm

2

MARKS, FINCH, THORNTON & BAIRD, LLP
8620 Spectrum Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. 5:10-cv-05778-EJD

# [PROPOSED] ORDER

The Court has reviewed and considered Defendant's Motion To Appear Telephonically At The Case Management Conference.

GOOD CAUSE APPEARING, Defendant's Motion To Appear Telephonically is GRANTED.

Defendant's counsel is directed to contact CourtCall to arrange for the telephonic appearance.

IT IS SO ORDERED

DATED: September __19__, 2011

_____
Hon. Edward J. Davila
United States District Judge

3

DEFENDANT'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
CASE NO. 5:10-cv-05778-EJD

MARKS, FINCH, THORNTON & BAIRD, LLP
8620 Spectrum Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 16th day of September 2011 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:
Eileen M. Bissen, Esq.
Richard K. Grosboll, Esq.
Neyhart, Anderson, Flynn & Grosboll
44 Montgomery Street, Suite 2080
San Francisco, California 94104-6702
Telephone: (415) 677-9440
Facsimile: (415) 677-9445
E-mail: ebissen@neyhartlaw.com
E-mail: rgrosboll@neyhartlaw.com

ATTORNEYS FOR PLAINTIFFS

DATED: September 16, 2011

Respectfully submitted,

MARKS, FINCH, THORNTON & BAIRD, LLP

By: /s/ Chad T. Wishchuk
CHAD T. WISHCHUK
Attorneys for Defendant William Charles Porges, dba Accelerated Electric