CHAD T. WISHCHUK, SBN 214779
E-mail: cwishchuk@mftb.com
LAURA B. MACNEEL, SBN 251540
E-mail: lmacneel@mftb.com
**MARKS, FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
8620 SPECTRUM CENTER BOULEVARD – SUITE 900
SAN DIEGO, CALIFORNIA 92123-1489
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila

Attorneys for Defendant William Charles Porges, dba Accelerated Electric

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; LOCAL 234 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and KENNETH SCHERPINSKI, as Trustee of Plaintiff Trusts and Business Manager of Local 234,<br><br>　　　Plaintiffs,<br><br>v.<br><br>WILLIAM CHARLES PORGES, an individual, dba ACCELERATED ELECTRIC,<br><br>　　　Defendant. | CASE NO: 5:10-cv-05778-EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES<br><br>Assigned to:<br>Hon. Edward J. Davila, Courtroom 1<br>Magistrate Paul S. Grewal, Courtroom 5<br><br>Complaint Filed:　December 20, 2010<br>Trial Date:　　　　Not Set |

/ / / / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES

CASE NO. 5:10-cv-05778-EJD

1   Defendant William Charles Porges, dba Accelerated Electric and Plaintiffs
2   stipulate to continue the discovery deadline 30 days while settlement discussions
3   continue. The current discovery deadline is December 16, 2011. The new
4   discovery deadline will be January 15, 2012. This is the first extension of this
5   deadline. Other discovery-related dates in this case will likewise be extended 30
6   days.
7   IT IS SO STIPULATED.
8
9   DATED: December 13, 2011         MARKS, FINCH, THORNTON &
10                                    BAIRD, LLP
11
12                                    By:   /s/ Chad T. Wishchuk
                                           CHAD T. WISHCHUK
                                           Attorneys for Defendant William Charles
13                                         Porges, dba Accelerated Electric
14
15  DATED: December 13, 2011         NEYHART, ANDERSON, FLYNN &
                                      GROSBOLL
16
17
18                                    By:   /s/ Chloe I. Quail
                                           CHLOE I. QUAIL
                                           Attorneys for Plaintiffs
19

Pursuant to the Stipulation stated above, the previously ordered Case Management Deadlines are modified as follows:
Fact Discovery Cutoff is extended to January 16, 2012;
Designation of Opening Experts with Reports is 28 days before modified Expert Discovery Cutoff;
Designation of Rebuttal Experts with Reports is 14 days before modified Expert Discovery Cutoff;
Expert Discovery Cutoff is extended to February 6, 2012;
Deadline for filing Dispositive Motions is extended to February 20, 2012.
All other deadlines not modified above remain as ordered.
IT IS SO ORDERED.
Dated: December 14, 2011

_____
EDWARD J. DAVILA
United States District Judge

27                                    2
28
    STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF
    AND RELATED DATES
                                                CASE NO. 5:10-cv-05778-EJD