CHAD T. WISHCHUK, SBN 214779
E-mail: cwishchuk@mftb.com
LAURA B. MACNEEL, SBN 251540
E-mail: lmacneel@mftb.com
**MARKS, FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
8620 SPECTRUM CENTER BOULEVARD – SUITE 900
SAN DIEGO, CALIFORNIA 92123-1489
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

IT IS SO ORDERED
AS MODIFIED
Judge Edward J. Davila

Attorneys for Defendant William Charles Porges, dba Accelerated Electric

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; LOCAL 234 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and KENNETH SCHERPINSKI, as Trustee of Plaintiff Trusts and Business Manager of Local 234,<br><br>            Plaintiffs,<br><br>    v.<br><br>WILLIAM CHARLES PORGES, an individual, dba ACCELERATED ELECTRIC,<br><br>            Defendant. | CASE NO:  5:10-cv-05778-EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES<br><br>Assigned to:<br>Hon. Edward J. Davila, Courtroom 1<br>Magistrate Paul S. Grewal, Courtroom 5<br><br>Complaint Filed:    December 20, 2010<br>Trial Date:          Not Set |

/ / / / /

1    Defendant William Charles Porges, dba Accelerated Electric and Plaintiffs

2  stipulate to continue the discovery deadline 30 days while settlement discussions

3  continue.  The current discovery deadline is December 16, 2011.  The new

4  discovery deadline will be January 15, 2012.  This is the first extension of this

5  deadline.  Other discovery-related dates in this case will likewise be extended 30

6  days.

7  IT IS SO STIPULATED.

8

9  DATED:  December 13, 2011                 MARKS, FINCH, THORNTON &
                                            BAIRD, LLP
10

11                                          By:   /s/ Chad T. Wishchuk
12                                          CHAD T. WISHCHUK
                                            Attorneys for Defendant William Charles
13                                          Porges, dba Accelerated Electric

14

15  DATED:  December 13, 2011                 NEYHART, ANDERSON, FLYNN &
                                            GROSBOLL
16

17                                          By:   /s/ Chloe I. Quail
18                                          CHLOE I. QUAIL
                                            Attorneys for Plaintiffs
19

Pursuant to the Stipulation stated above, the previously ordered Case Management Deadlines are
modified as follows:
Fact Discovery Cutoff is extended to January 16, 2012;
Designation of Opening Experts with Reports is 28 days before modified Expert Discovery Cutoff;
Designation of Rebuttal Experts with Reports is 14 days before modified Expert Discovery Cutoff;
Expert Discovery Cutoff is extended to February 6, 2012;
Deadline for filing Dispositive Motions is extended to February 20, 2012.
All other deadlines not modified above remain as ordered.
IT IS SO ORDERED.
Dated:  December 14, 2011

EDWARD J. DAVILA
United States District Judge

2

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF
AND RELATED DATES
                                            CASE NO. 5:10-cv-05778-EJD