Richard K. Grosboll, State Bar No. 099729
Benjamin K. Lunch, State Bar No. 246015
Chloe Quail, State Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104-6702
TEL:  (415) 677-9440
FAX: (415) 677-9445
Email: cquail@neyhartlaw.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; LOCAL 234 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and KENNETH SCHERPINSKI, as Trustee of Plaintiff Trusts and Business Manager of Local 234, | Case No.   10-CV-5778 EJD<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE DISCOVERY**<br>**CUT-OFF AND RELATED DATES** |
| Plaintiffs, | |
| v. | |
| WILLIAM CHARLES PORGES, an individual, dba ACCELERATED ELECTRIC, | |
| Defendant. | |

-1-

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

1    Defendant William Charles Porges, dba Accelerated Electric and Plaintiffs stipulate to

2  continue discovery deadlines 30 days while settlement discussions continue.  The parties continue

3  to exchange information in an effort to resolve the case prior to trial. The current fact discovery

4  cut off is January 16, 2012. The new fact discovery cut off will be February 16, 2012.  The current

5  expert discovery cut off is February 6, 2012.  The new expert discovery cut off will be March 6,

6  2012.  The current deadline for filing dispositive motions is February 20, 2012.  The new deadline

7  for filing dispositive motions is March 20, 2012.  This is the second extension of the discovery

8  deadlines.

9

10  IT IS SO STIPULATED.

11

12  DATED: January 6, 2012                    MARKS, FINCH, THORNTON & BAIRD,
                                             LLP
13                                           By:___/s/Chad T. Wishchuk_____
                                             CHAD T. WISHCHUK
14                                           Attorneys for Defendant William Charles
                                             Porges, dba Accelerated Electric
15

16

17  DATED: January 6, 2012                    NEYHART, ANDERSON, FLYNN &
                                             GROSBOLL
18                                           By:___/s/Chloe I. Quail_____
                                             CHLOE I. QUAIL
19                                           Attorneys for Plaintiffs
20

21

22  IT IS SO ORDERED.

23  DATE: _January 10, 2012_          _____
24                                             U.S. District Court Judge
                                             Edward J. Davila
25

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

26                                    -2-
                                      **STIPULATION TO CONTINUE DISCOVERY CUT-OFF**
                                      **Case No.  10-CV-5778 JW**
27