Richard K. Grosboll, State Bar No. 099729
Benjamin K. Lunch, State Bar No. 246015
Chloe Quail, State Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104-6702
TEL:  (415) 677-9440
FAX: (415) 677-9445
Email: cquail@neyhartlaw.com

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; LOCAL 234 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and KENNETH SCHERPINSKI, as Trustee of Plaintiff Trusts and Business Manager of Local 234,<br><br>                    Plaintiffs,<br>        v.<br><br>WILLIAM CHARLES PORGES, an individual, dba ACCELERATED ELECTRIC,<br><br>                    Defendant. | Case No.   10-CV-5778 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES** |

-1-

Defendant William Charles Porges, dba Accelerated Electric and Plaintiffs stipulate to continue discovery deadlines 30 days while settlement discussions continue.  The parties continue to exchange information in an effort to resolve the case prior to trial. The current fact discovery cut off is January 16, 2012. The new fact discovery cut off will be February 16, 2012.  The current expert discovery cut off is February 6, 2012.  The new expert discovery cut off will be March 6, 2012.  The current deadline for filing dispositive motions is February 20, 2012.  The new deadline for filing dispositive motions is March 20, 2012.  This is the second extension of the discovery deadlines.

IT IS SO STIPULATED.

DATED: January 6, 2012

MARKS, FINCH, THORNTON & BAIRD, LLP
By:___/s/Chad T. Wishchuk_____
CHAD T. WISHCHUK
Attorneys for Defendant William Charles Porges, dba Accelerated Electric

DATED: January 6, 2012

NEYHART, ANDERSON, FLYNN & GROSBOLL
By:___/s/Chloe I. Quail_____
CHLOE I. QUAIL
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATE: January 10, 2012          _____
                                U.S. District Court Judge
                                Edward J. Davila