**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WILIAM CHARLES PORGES, <br><br> Defendant. | Case No.: 5:10-CV-5778 EJD <br><br> **ORDER CONTINUING PRETRIAL CONFERENCE; REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

Having reviewed the parties joint statement (see Docket Item No. 43), the court finds that a pretrial conference is premature at this time.  Accordingly, the Preliminary Pretrial Conference currently scheduled for March 30, 2012, is CONTINUED to **May 4, 2012, at 11:00 a.m.**  The parties shall file an updated Joint Preliminary Pretrial Conference Statement no later than April 27, 2012.

In addition, the parties are referred to a settlement conference with Magistrate Judge Paul S. Grewal to occur no later than May 4, 2012, if possible. The parties are directed to contact Judge Grewal's courtroom deputy, Oscar Rivera at 408-535-5378, to make arrangements within 10 days of this order.

IT IS SO ORDERED.

Dated:  March  26, 2012

_____
EDWARD J. DAVILA
United States District Judge