1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

8    NORTHERN DISTRICT OF CALIFORNIA

9    SAN JOSE DIVISION

10   INTERNATIONAL BROTHERHOOD OF            )   Case No.: 5:10-CV-5778 EJD
     ELECTRICAL WORKERS UNION, ET AL.,       )
11                                           )   **ORDER CONTINUING PRETRIAL**
                   Plaintiffs,               )   **CONFERENCE; REFERRING CASE**
12                                           )   **TO MAGISTRATE JUDGE**
         v.                                  )   **SETTLEMENT CONFERENCE**
13                                           )
     WILIAM CHARLES PORGES,                  )
14                                           )
                   Defendant.                )
15   _____)

16        Having reviewed the parties joint statement (see Docket Item No. 43), the court finds that a

17   pretrial conference is premature at this time.  Accordingly, the Preliminary Pretrial Conference

18   currently scheduled for March 30, 2012, is CONTINUED to **May 4, 2012, at 11:00 a.m.**  The

19   parties shall file an updated Joint Preliminary Pretrial Conference Statement no later than April 27,

     2012.

20        In addition, the parties are referred to a settlement conference with Magistrate Judge Paul S.

21   Grewal to occur no later than May 4, 2012, if possible. The parties are directed to contact Judge

22   Grewal's courtroom deputy, Oscar Rivera at 408-535-5378, to make arrangements within 10 days

23   of this order.

24   IT IS SO ORDERED.

25   Dated:  March  26, 2012

26                                              _____
                                                EDWARD J. DAVILA
27                                              United States District Judge

28

Case No.: 5:10-CV-5778 EJD
ORDER CONTINUING PRETRIAL CONFERENCE; REFERRING CASE TO MAGISTRATE
JUDGE SETTLEMENT CONFERENCE