CHAD T. WISHCHUK, SBN 214779
E-mail: cwishchuk@mftb.com
**MARKS, FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendant William Charles Porges, dba Accelerated Electric

Richard K. Grosboll, State Bar No. 099729
Chloe Quail, State Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, California 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445
Email: cquail@neyhartlaw.com
Attorneys for Plaintiff

IT IS SO ORDERED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; LOCAL 234 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS UNION, LOCAL 234 EDUCATIONAL AND TRAINING FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; and KENNETH SCHERPINSKI, as Trustee of Plaintiff Trusts and Business Manager of Local 234,<br><br>　　　　Plaintiffs,<br>v.<br><br>WILLIAM CHARLES PORGES, an individual, dba ACCELERATED ELECTRIC,<br><br>　　　　Defendant. | CASE NO: 5:10-cv-05778-EJD<br><br>STIPULATION OF DISMISSAL<br><br>Assigned to:<br>Hon. Edward J. Davila, Courtroom 1<br>Magistrate Paul S. Grewal, Courtroom 5 |



1   IT IS HEREBY STIPULATED by and between the parties to this action through their

2   designated counsel that the above-captioned action be and hereby is dismissed with prejudice

3   pursuant to FED. R. CIV. P. 41(a)(1).

4   The Clerk shall close this file.

5   DATED:  June 26, 2012

6                                                           MARKS, FINCH, THORNTON & BAIRD, LLP

8                                                           By:    /s/ Chad T. Wishchuk
                                                                   CHAD T. WISHCHUK
9                                                           Attorneys for Defendant William Charles Porges, dba
                                                            Accelerated Electric

11  DATED:  June 26, 2012                                   NEYHART, ANDERSON, FLYNN & GROSBOLL

13                                                          By:    /s/ Chloe I. Quail
                                                                   CHLOE I. QUAIL
14                                                          Attorneys for Plaintiffs

2

STIPULATION OF DISMISSAL
                                                                          CASE NO. 5:10-cv-05778-EJD

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 26th day of June 2012 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:
Chad Wishchuck, Esq.
Laura B. MacNeel, Esq.
Marks, Finch, Thornton & Baird, LLP
4747 Executive Drive, Suite 700
San Diego, California  92121
Telephone:  (858) 737-3100
Facsimile:  (858) 737-3101
cwishchuk@mftb.com
lmacneel@mftb.com

ATTORNEYS FOR PLAINTIFFS

DATED:  June 26, 2012

NEYHART, ANDERSON, FLYNN & GROSBOLL

By:   */s/ Chloe I. Quail*  ___
        CHLOE I. QUAIL
Attorneys for Plaintiffs